CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MOLLY A. FRIEND (CABN 289677)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7177
FAX: (415) 436-6748
molly.friend@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TOM MCMILLIN, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE,<br><br>    Defendant. | Case No. 3:24-cv-04620<br><br>**JOINT STATUS REPORT; [PROPOSED] ORDER** |

The Parties to the above action apologize to the Court for the delay in submitting this joint statement. Pursuant to this Court's Order of May 8, 2026 (Dkt. 31), the Parties to the above action hereby submit a Joint Status Report. Defendant completed its final production of documents in response to the subject Freedom of Information Act requests on November 14, 2025. The Parties now need to meet and confer regarding certain redactions in the productions and hope to do so without the need of Court intervention. The Parties need additional time to try to resolve the merits portion of this matter. As such, the Parties respectfully request that the Court continue the current schedule for the filing of motions for summary judgment as follows:

- July 31, 2026: Deadline to file cross-motions for summary judgment

- August 14, 2026: Deadline to file oppositions to cross-motions

- August 21, 2026: Deadline to file replies

A proposed order is attached.

DATED:  May 14, 2026                                Respectfully submitted,

                                                   CRAIG H. MISSAKIAN
                                                   United States Attorney

                                                   /s/ Molly A. Friend*
                                                   MOLLY A. FRIEND
                                                   Assistant United States Attorney


                                                    /s/ Andrew G. Watters
                                                   ANDREW G. WATTERS
                                                   Counsel for Plaintiff

*In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that all signatories have concurred in the filing of this document.

JOINT STIPULATION
3:24-cv-04620                                2

**[PROPOSED] ORDER**

Pursuant to the stipulation of the parties, and good cause having been shown, the briefing schedule on motions for summary judgment is continued as follows:

- July 31, 2026: Deadline to file cross-motions for summary judgment

- August 14, 2026: Deadline to file oppositions to cross-motions

- August 21, 2026: Deadline to file replies

IT IS SO ORDERED.

DATED:_May 18, 2026____

_____
THE HON. THOMAS S. HIXSON
United States Magistrate Judge

JOINT STIPULATION
3:24-cv-04620                                    3