CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
KENNETH BRAKEBILL (CABN 196696)
Chief, Civil Division
SHAMIRA DWARICA (CABN 353189)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7312
FAX: (415) 436-6748
Shamira. Dwarica@usdoj.gov

*Attorneys for Defendant*
*U.S. Department of Justice*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TOM MCMILLIN, an individual,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE,<br><br>Defendant. | CASE NO. 3:24-CV-04620-TSH<br><br>**STIPULATION FOR 30-DAY EXTENSION OF TIME TO FILE MOTIONS FOR SUMMARY JUDGMENT; ~~[PROPOSED]~~ ORDER** |

Pursuant to Civil Local Rules 6-1, 6-2, and 7-12, the parties submit the following stipulated request to extend the November 2, 2026 deadline for filing motions for summary judgment in this matter. In support of this stipulation, the parties state as follows:

1. Plaintiff Tom McMillin initiated this Freedom of Information Act action against Defendant United States Department of Justice on July 31, 2024.

2. Under the Court's Order Setting Briefing Deadlines, Dkt. No. 37, the current deadlines are as follows:

- November 2, 2026 – Deadline to file cross-motions for summary judgment

- November 16, 2026 – Deadline to file oppositions
- November 23, 2026 – Deadline to file replies

3. As reflected in the Status Report, Dkt. No. 36, the parties are required to meet and confer regarding disputed redactions in the agency's FOIA production and had hoped to resolve these issues without Court intervention. Additional time was needed to address redactions before proceeding with summary judgment briefing.

4. Substituted counsel for Defendant recently inherited the matter and has been working diligently to review the record, investigate Plaintiff's concerns, consult with the agency, and assess whether the issues underlying the redactions can be resolved without motion practice.

5. The parties met and conferred on October 14, 2026, and agreed that a 30-day extension of the motion for summary judgment deadline was appropriate to allow further review of the redactions and to determine whether the parties could narrow or resolve the issues.

6. Following the parties' October 14, 2026 meeting, defense counsel promptly consulted with the agency regarding Plaintiff's objections to the redactions. Counsel was informed that each redaction in the production already identifies the FOIA exemption applied and that any more detailed explanation would require the agency to prepare a Vaughn index, which is expected to take approximately 90 days or more to complete. This additional lead time, combined with the volume of the production—over 300 pages and media files—and the recent substitution of counsel, supports the parties' request for a brief extension to determine whether the issues can be narrowed or resolved without unnecessary summary-judgment briefing.

7. Based on Plaintiff's stated concerns and the volume of the production—over 300 pages and media files—defense counsel determined that a Vaughn index may be the most efficient means of addressing the issues raised. On October 21, 2026, Defendant informed Plaintiff that the index would require significant lead time and that proceeding with the current motion for summary judgment briefing schedule could result in briefing a record potentially subject to change.

8. Good cause therefore exists for a limited extension. The requested modification will allow both parties to evaluate whether a Vaughn index or other agency-level information will resolve or narrow the issues for summary judgment, thereby promoting efficiency and conserving judicial and

party resources.

9. The parties accordingly stipulate the following 30-day extension of the motion for summary judgment briefing deadlines:

- December 2, 2026 – Deadline to file cross-motions for summary judgment
- December 16, 2026 – Deadline to file oppositions
- December 23, 2026 – Deadline to file replies

IT IS SO STIPULATED.

DATED: October 26, 2026

Respectfully submitted,[1]

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Shamira Dwarica*
SHAMIRA DWARICA
Assistant United States Attorney

*Attorneys for Defendant*
*U.S. Department of Justice*

*/s/ Andrew G. Watters*
ANDREW G. WATTERS

*Attorney for Plaintiff*
*Tom McMillin*

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

**~~[PROPOSED]~~ ORDER**

Pursuant to the parties' stipulation and good cause appearing, the Court modifies the summary-judgment briefing schedule as follows:

- December 2, 2026 – Deadline to file cross-motions for summary judgment
- December 16, 2026 – Deadline to file oppositions
- December 23, 2026 – Deadline to file replies

IT IS SO ORDERED.

Date: October 27, 2026

HON. THOMAS S. HIXSON
UNITED STATES MAGISTRATE JUDGE